Form oresadoc – oresadocv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  19−10448−KCF
          Chapter:  13
          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alfred Izzo | Jody Izzo |
| 240 Bay Stream Dr | 240 Bay Stream Dr |
| Toms River, NJ 08753−2507 | Toms River, NJ 08753−2507 |

Social Security No.:
  xxx−xx−6182                                   xxx−xx−9903

Employer's Tax I.D. No.:

**ORDER RESPECTING**
**AMENDMENT TO SCHEDULE D, E/F, G OR H**
**OR LIST OF CREDITORS**

    The Court having noted that the debtor filed an Amendment to Schedule E/F on March 18, 2019 or to the List of Creditors on N/A , and for good cause shown, it is

    ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

    1.    A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

    2.    In a Chapter 11 case:

        a)    a copy of the last modified plan and disclosure statement, if any, and

        b)    a copy of any order approving the adequacy of the disclosure statement
        and/or the scheduling of the plan for confirmation.

    3.    In a Chapter 12 or Chapter 13 case:

        a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

        b)    a copy of the last modified plan that has been filed in the case.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the added creditors or parties have

    1.    until the original deadline, if any, fixed by the court to file a complaint to object to
    the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
    whichever is later;

    2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,
    or sixty 60 days from the date of this Order, whichever is later;

Case 19-10448-KCF    Doc 27    Filed 03/21/19    Entered 03/22/19 00:32:00    Desc Imaged
                        Certificate of Notice    Page 2 of 3

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: March 19, 2019
JAN: pbf

Kathryn C. Ferguson
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10448-KCF
Alfred Izzo                                                             Chapter 13
Jody Izzo
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Mar 19, 2019
                              Form ID: oresadoc      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.
db/jdb         Alfred Izzo,    Jody Izzo,    240 Bay Stream Dr,    Toms River, NJ    08753-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2019 23:36:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
               ajennings@rasflaw.com
              Marc C Capone    on behalf of Joint Debtor Jody  Izzo 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
              Marc C Capone    on behalf of Debtor Alfred  Izzo 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. robert.davidow@phelanhallinan.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7