Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on May 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Alfred Izzo, Jody Izzo, | Case No. 19-10448-KCF |
| | Judge: Kathryn C. Ferguson |
| Debtors. | |

### CONSENT ORDER ALLOWING LATE CLAIM OF FOUNTAINS ON OCEAN BOULEVARD CONDOMINIUM ASSOCIATION, INC. AND PROVIDING FOR PAYMENT OF ARREARS IN FULL THROUGH CHAPTER 13 PLAN

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: May 10, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

Debtors: Alfred Izzo and Jody Izzo
Case No.: 19-10448-KCF
Caption of Order: CONSENT ORDER ALLOWING LATE CLAIM OF FOUNTAINS ON OCEAN BOULEVARD CONDOMINIUM ASSOCIATION, INC. AND PROVIDING FOR PAYMENT OF ARREARS IN FULL THROUGH CHAPTER 13 PLAN

WHEREAS secured creditor of the debtors, The Fountains on Ocean Boulevard Condominium Association, Inc. ("Secured Creditor") has a security interest in the debtors' non-primary residence located at 2501 N. Ocean Blvd, Apt 450, Ft. Lauderdale, FL 33305 (the "Property"), and

WHEREAS debtors intend to retain the Property through their Chapter 13 bankruptcy case and cure and maintain amounts due on the Property through their proposed Chapter 13 plan, and

WHEREAS the debtors' Chapter 13 plan understated the amounts due to Secured Creditor through the chapter 13 plan, and

WHEREAS Secured Creditor filed a proof of claim, Claims Register #30, after the bar date that includes all pre-petition amounts due to Secured Creditor plus a calculation of the interest to which Secured Creditor is entitled to over sixty (60) months that is higher than the amount included in the debtors Chapter 13 plan, it is hereby

**ORDERED AS FOLLOWS:**

1. Secured Creditor's proof of claim, Claims Register #30, shall be deemed allowed.
2. Debtors shall pay the entirety of Secured Creditor's arrears claim through their Chapter 13 plan.
3. Debtors shall maintain post-petition payments by making timely and complete payments directly to Secured Creditor.

Page 3

Debtors: Alfred Izzo and Jody Izzo
Case No.: 19-10448-KCF

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLC | Gillman, Bruton & Capone, LLC |
|---|---|
| Attorney for the Secured Creditor | Attorney for the Debtors |
| By: /s/ Melissa N. Licker | By: /s/ Marc C Capone |
| Date: 5/9/2019 | Date: 5/8/19 |