Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on May 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Alfred Izzo,<br>Jody Izzo,<br><br><br>Debtors. | Chapter 13<br><br>Case No. 19-10448-KCF<br><br>Judge: Kathryn C. Ferguson |
|---|---|

### CONSENT ORDER ALLOWING LATE CLAIM OF FOUNTAINS ON OCEAN BOULEVARD CONDOMINIUM ASSOCIATION, INC. AND PROVIDING FOR PAYMENT OF ARREARS IN FULL THROUGH CHAPTER 13 PLAN

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: May 10, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

Debtors: Alfred Izzo and Jody Izzo
Case No.: 19-10448-KCF
Caption of Order: CONSENT ORDER ALLOWING LATE CLAIM OF FOUNTAINS ON OCEAN BOULEVARD CONDOMINIUM ASSOCIATION, INC. AND PROVIDING FOR PAYMENT OF ARREARS IN FULL THROUGH CHAPTER 13 PLAN

WHEREAS secured creditor of the debtors, The Fountains on Ocean Boulevard Condominium Association, Inc. ("Secured Creditor") has a security interest in the debtors' non-primary residence located at 2501 N. Ocean Blvd, Apt 450, Ft. Lauderdale, FL 33305 (the "Property"), and

WHEREAS debtors intend to retain the Property through their Chapter 13 bankruptcy case and cure and maintain amounts due on the Property through their proposed Chapter 13 plan, and

WHEREAS the debtors' Chapter 13 plan understated the amounts due to Secured Creditor through the chapter 13 plan, and

WHEREAS Secured Creditor filed a proof of claim, Claims Register #30, after the bar date that includes all pre-petition amounts due to Secured Creditor plus a calculation of the interest to which Secured Creditor is entitled to over sixty (60) months that is higher than the amount included in the debtors Chapter 13 plan, it is hereby

**ORDERED AS FOLLOWS:**

1. Secured Creditor's proof of claim, Claims Register #30, shall be deemed allowed.
2. Debtors shall pay the entirety of Secured Creditor's arrears claim through their Chapter 13 plan.
3. Debtors shall maintain post-petition payments by making timely and complete payments directly to Secured Creditor.

Page 3

Debtors: Alfred Izzo and Jody Izzo
Case No.: 19-10448-KCF

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLC | Gillman, Bruton & Capone, LLC |
|---|---|
| Attorney for the Secured Creditor | Attorney for the Debtors |
| By: /s/ Melissa N. Licker | By: /s/ Marc C Capone |
| Date: 5/9/2019 | Date: 5/8/19 |

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                    Case No. 19-10448-KCF
Alfred Izzo                                               Chapter 13
Jody Izzo
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1           Date Rcvd: May 13, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db/jdb         Alfred Izzo,    Jody Izzo,    240 Bay Stream Dr,    Toms River, NJ   08753-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Marc C Capone    on behalf of Joint Debtor Jody  Izzo 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Debtor Alfred  Izzo 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Melissa N. Licker    on behalf of Creditor    Fountains on Ocean Blvd Condo Assn.
               NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC fka DC Financial Services
               America LLC rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Robert   Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11