Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–10448–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alfred Izzo
240 Bay Stream Dr
Toms River, NJ 08753–2507

Jody Izzo
240 Bay Stream Dr
Toms River, NJ 08753–2507

Social Security No.:
   xxx–xx–6182                                              xxx–xx–9903

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      7/18/19
Time:      02:30 PM
Location:  Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
fee: $5535.00

EXPENSES
$376.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 12, 2019
JAN:

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                        Case No. 19-10448-KCF
Alfred Izzo                                                   Chapter 13
Jody Izzo
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 3                  Date Rcvd: Jun 12, 2019
                              Form ID: 137              Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db/jdb         Alfred Izzo,    Jody Izzo,    240 Bay Stream Dr,    Toms River, NJ 08753-2507
cr            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
517985196     +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
               Attorneys/Agents for Creditor,    P.O. 9043,    Andover, MA 01810-0943
518014208      Amex,   PO Box 981540,    El Paso, TX 79998-1540
518014747     +Apex Asset Management,    PO Box 5407,   Lancaster, PA 17606-5407
518124733     +BHMG-CJBH,    PO Box 8000,    Buffalo, NY 14267-0002
518014206      Bank of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
518029110     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518124732     +Barnabas Health Medical Group,    PO Box 8000,    Buffalo, NY 14267-0002
518014205      Capio Partners LLC- Ocean,    Medical Center,    PO Box 3498,   Sherman, TX 75091-3498
518068345      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
518049453     +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518014204      Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
518014203      Chrysler Financial/Td Auto,    PO Box 9223,    Farmington Hills, MI 48333-9223
518124734     +Coastal Imaging LLC,    PO Box 6750,    Portsmouth, NH 03802-6750
518014202      Comenity Bank/Bon Ton,    PO Box 18215,    Columbus, OH 43081
518014201      Comenitycapital/lxvisa,    Attn: Bankruptcy Dept,    PO Box 18215,   Columbus, OH 43081
518014200      Credence Resource Mnmgt-ATT,    Mobility,    PO Box 2300,   Southgate, MI 48195-4300
518121329      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
518014211      Fountains on Ocean,    Blvd Condo Assoc,    2409 N Ocean Blvd,   Fort Lauderdale, FL 33305-1956
518169606     +Fountains on Ocean Boulevard Condominium, et. al.,    3111 N. University Drive, Suite #403,
               Coral Springs, FL 33065-5033
518124735     +Hackensack Meridian Health,    PO Bnox 650292,    Dallas, TX 75265-0292
518124736     +JCP&L,   PO Box 16001,    Reading, PA 19612-6001
518124731     +Jersey Central Power & Light,    101 Crawford's Corner Rd,    Bldg# 1 Suite 1-511,
               Holmdel NJ 07733-1976
518124737     +KImball Medical Med Assoc,    B & B Collections,    PO Box 2137,   Toms River, NJ 08754-2137
517959024      KML Law Group,    316 Haddon Ave Ste 406,    Westmont, NJ 08108-1235
518124739     +Morris Anesthesia Group,    GPO,   PO Box 26960,    New York, NY 10087-6960
518124740     +Myraid Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
518014741      New Jesey Natural Gas,    1415 Wyckoff Road,    Wall, NJ 07719
518124742     +Overlook Hospital 20P,    Certified Credit & Collection Bureau,    PO Box 1750,
               Whitehouse Station, NJ 08889-1750
518014197      PNC Bank- National Enterprise,    Systems,    2479 Edison Blvd Unit A,   Twinsburg, OH 44087-2476
518141344     +TD Auto Finance LLC,    Trustee Payment Dept., PO Box 16041,    Lewiston, ME 04243-9523
518143810     +TD Auto Finance, LLC,    Richard Tracy, Esq.,    30 Montgomery St., Ste. 1205,
               Jersey City, NJ 07302-3835
518124744     +Toms River Ambulatory Anesthesia LLC,    PO Box 188,    Little Silver, NJ 07739-0188
518159700     +U.S. BANK NATIONAL ASSOCIATION,    RAS CITRON, LLC,    130 CLINTON ROAD, SUITE 202,
               FAIRFIELD, NJ 07004-2927
518041687    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank National Association,     Bankruptcy Department,
               PO Box 5229,    Cincinnati, Ohio 45201-5229)
518124745     +University Radiology Group,    PO Box 1075,    East Brusnwick, NJ 08816-1075
518014195      Waassociates- Medical Assoc of,    Westfield,    PO Box 2148,   Wayne, NJ 07474-2148
518103460      Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan, MN 55121-7700
518007250     +Wells Fargo Bank, N.A.,    Small Business Lending Division,    P.O. Box 29482,
               Phoenix, AZ 85038-9482
518014210      Wells Fargo Home Mtg.,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2019 00:55:22       U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2019 00:55:18       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Jun 13 2019 00:54:32
               United States of America (Internal Revenue Service,     U.S. Attorney's Office,
               970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
518064499     +E-mail/Text: g20956@att.com Jun 13 2019 00:55:55       AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
518014209      E-mail/Text: bankruptcies@amerassist.com Jun 13 2019 00:56:28
               Amerassist A/R Solutions-Seaview,    Ortho,   1105 Schrock Rd Ste 502,
               Columbus, OH 43229-1174
518050816      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 01:01:43
               Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jun 12, 2019
                              Form ID: 137             Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518014207       E-mail/Text: bnc-capio@quantum3group.com Jun 13 2019 00:55:15
                 Assetcare- Ocean Medical Center,    2222 Texoma Pkwy,     Sherman, TX 75090-2470
518065771      +E-mail/Text: bnc@atlasacq.com Jun 13 2019 00:54:08      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518014199       E-mail/Text: bncnotices@becket-lee.com Jun 13 2019 00:54:18       Kohls/Capital One,
                 PO Box 3120,   Milwaukee, WI 53201-3120
518125356       E-mail/Text: camanagement@mtb.com Jun 13 2019 00:54:44      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
517959025       E-mail/Text: camanagement@mtb.com Jun 13 2019 00:54:44      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
518124738      +E-mail/Text: ebn@rwjbh.org Jun 13 2019 00:55:47      Monmouth Medical Center,    Southern Campus,
                 PO Box 29965,   New York, NY 10087-9965
518014196       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 00:51:15
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
518014194       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 00:51:15
                 Portfolio Recovery,    PO Box 12914,   Norfolk, VA 23541-0914
518072518       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 00:50:07
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
518067081       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 01:12:42
                 Portfolio Recovery Associates, LLC,    c/o Bon Ton,    POB 41067,    Norfolk VA 23541
518126583       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 00:50:07
                 Portfolio Recovery Associates, LLC,    c/o Pier 1 Imports,    POB 41067,    Norfolk VA 23541
518064708       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 00:49:03
                 Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
518014198       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:55:01       Pier One- Comenity Bank,
                 4590 E Broad St,    Columbus, OH 43213-1301
517984471       E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2019 00:55:10
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
517960838      +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2019 00:51:04      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
518124746      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 13 2019 00:53:58
                 Verizon,   455 Duke Drive,    Franklin, TN 37067-2701
518072761      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2019 01:01:45       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518014212*       Chrysler Financial/Td Auto,    PO Box 9223,   Farmington Hills, MI 48333-9223
517959023*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     955 S Springfield Ave,
                 Springfield, NJ 07081-3570)
517959022*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
518124743*     +PNC Bank,   National Enterprise Systems,    2479 Edison Blvd Unit A,    Twinsburg, OH 44087-2476
518127392*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541)
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jun 12, 2019
                              Form ID: 137             Total Noticed: 64


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Marc C Capone    on behalf of Joint Debtor Jody  Izzo 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Debtor Alfred  Izzo 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Melissa N. Licker    on behalf of Creditor    Fountains on Ocean Blvd Condo Assn.
               NJ_ECF_Notices@mccalla.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC fka DC Financial Services
               America LLC rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 12
```