UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on July 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alfred Izzo

Case No.:   19-10448
Chapter     13
Judge:      Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 19, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $5,535.00 for services rendered and expenses in the amount of $376.00 for a total of $__5,911.00__. The allowance is payable:

    ☒ $__2,911.00__ through the Chapter 13 plan as an administrative priority.

    ☒ $__3,000.00__ outside the plan.

The debtor's monthly plan is modified to require a payment of $____N/A____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2