Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–10448–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alfred Izzo
240 Bay Stream Dr
Toms River, NJ 08753–2507

Jody Izzo
240 Bay Stream Dr
Toms River, NJ 08753–2507

Social Security No.:
xxx–xx–6182

xxx–xx–9903

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 5, 2019

Michael B. Kaplan
Judge, United States Bankruptcy Court